1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  NARINDER S. SAMRA,
                                    NO. CIV. S-08-2587 LKK/GGH
11
              Plaintiff,
12
         v.
13
    KARNAIL S. JOHAL, NILAKUMARI
14  JOHAL, DOES 1 through 20,
15            Defendants.
16  _____/
                                              RELATED CASE ORDER
17  NARINDER S. SAMRA,
    HARMINDER K. SAMRA,
18
              Plaintiffs,
19
         v.
20
    KARNAIL S. JOHAL, NILAKUMARI
21  JOHAL, GRIGORY YELKIN,
    TATYANA YELKIN, STEWART
22  TITLE, DOES 1 through 20,
23            Defendants.
24  _____/
25  ////
26  ////

1

1    Examination of the two above-entitled actions reveals that
2 they are related within the meaning of Local Rule 83-123, as they
3 involve substantially the same questions of fact and law.
4 Accordingly, the assignment of the matters to the same judge and
5 magistrate judge is likely to effect a substantial savings of
6 judicial effort and is also likely to be convenient for the
7 parties.  Under the regular practice of this court, related cases
8 are generally assigned to the judge and magistrate judge to whom
9 the first filed action was assigned.
10    The court hereby orders that:
11    1.   The above-captioned cases are RELATED.
12    2.   The action denominated CIV. NO. 2:08-cv-02589 WBS GGH is
13         REASSIGNED to Judge Lawrence K. Karlton and Magistrate
14         Judge Gregory G. Hollows for all further proceedings.
15         Any dates currently set in the reassigned case are
16         hereby VACATED.  Defendants in the reassigned case are
17         DIRECTED to renotice the motions pending in that case to
18         reflect a hearing date available before Judge Karlton.
19    3.   Henceforth, the caption on documents filed in the cases
20         shall be shown as CIV. NO. 2:08-cv-02587 LKK GGH and
21         CIV. NO. 2:08-cv-02589 LKK GGH, respectively.
22    3.   The Clerk of the Court shall make appropriate adjustment
23         in the assignment of civil cases to compensate for this
24         reassignment.
25    IT IS SO ORDERED.
26    DATED: December 2, 2008.

                                    LAWRENCE K. KARLTON
                               2    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT